

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2020

No. 04-19-00722-CV

Eric **LOPEZ**,
Appellant

v.

**ROCKY CREEK PARTNERS, LLC**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-13865
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellee's motion for extension of time is granted. We order appellee's brief due April 22, 2020.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court